**Order entered May 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00443-CV

**MARBLE RIDGE CAPITAL LP AND MARBLE RIDGE MASTER FUND LP, Appellants**

**V.**

**NEIMAN MARCUS GROUP, INC., MARIPOSA INTERMEDIATE HOLDINGS LLC, NEIMAN MARCUS GROUP LTD LLC, THE NEIMAN MARCUS GROUP LLC, AND NEIMAN MARCUS GROUP INTERNATIONAL LLC, Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18371**

## ORDER

Before the Court is appellants' unopposed motion to extend briefing deadlines. Appellants request the Court approve the parties' agreed briefing schedule, which extends the deadline for filing appellants' opening brief by twenty-nine days, appellees' response brief by thirty-nine days, and appellants' reply brief by eleven days.

We **GRANT** the motion and **ORDER** appellants' opening brief be filed no later than June 14, 2019, appellees' response brief be filed no later than August 12, 2019, and appellant's reply brief be filed no later than September 12, 2019. Because this is an accelerated appeal, we caution the parties that further extension requests will be disfavored.

/s/    BILL WHITEHILL
JUSTICE